DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
HECTOR RAUL LERMA-URBINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 09-030-WBS |
| Plaintiff, | ) ) | |
| v. | ) ) | **STIPULATION AND [~~PROPOSED~~] ORDER** |
| HECTOR RAUL LERMA-URBINA, | ) ) | DATE: March 30,2009 |
| Defendant. | ) ) | TIME: 8:30 a.m. |
| | ) | JUDGE: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, HECTOR RAUL LERMA-URBINA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, March 30, 2009 be continued to Monday, April 13, 2009 at 8:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for April 13, 2009 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 24, 2009          Respectfully submitted,
                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               HECTOR RAUL LERMA-URBINA


DATED: March 24, 2009          LAWRENCE G. BROWN
                               Acting United States Attorney

                               /s/ Benjamin Galloway for
                               MICHAEL ANDERSON
                               Assistant U.S. Attorney
                               Attorney for Plaintiff




**O R D E R**

   **IT IS SO ORDERED.**  Time is excluded from today's date through and including April 13, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.


DATED:  March 25, 2009


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE